IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION

v.

MATHIS McMICKLE : NO. 07-38-18

FILED DEC 17 2010 MICHAEL E. KUNZ, Clerk By_____Dep. Clerk

ORDER

The defendant in this case is represented by counsel, but has nonetheless filed a number of pro se motions, Docket Nos. 381, 416, 435, 436, 437, 438, 439, and 441. It is hereby **ORDERED** that all of these motions are **DENIED** without prejudice. A defendant represented by counsel does not have the right to file pro se motions. There is no right to hybrid representation where the defendant represents himself and is also represented by counsel.

BY THE COURT:

12/17/10
Date

Michael M. Baylson, U.S.D.J.

O:\JOANNE\ORDERS\07-38-18.prose.wpd