IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | | **NO. 07-38-18** |
| v. | : | |
| | | **CIVIL ACTION** |
| **MATHIS MCMICKLE** | : | **NO. 14-541** |

## O R D E R

**AND NOW,** this 2nd day of October, 2014, for the reasons stated in the foregoing Memorandum, it is **ORDERED:**

1. Defendant's *pro se* petition for post-conviction relief under 28 U.S.C. § 2255 is **DENIED**.

2. Defendant's petition opposing government's response is not timely (ECF 997) is also **DENIED.**

3. Defendant's motion under Rule 6 to prevent disclosure of grand jury materials (ECF 998) is **DENIED.**

4. There are no grounds for a certificate of appealability.

5. The Clerk shall close this case.

BY THE COURT:

*/s/ Michael M. Baylson*

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CRIMINAL CASES\07-38-18 MCMICKLE\07CR38.ORDER.DOCX